ACCEPTED
06-15-00099-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 4:38:45 PM
DEBBIE AUTREY
CLERK

CAUSE NO. 84841

| | | |
|---|---|---|
| HALEY BROWN | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | |
| | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| vs. | § | LAMAR COUNTY, TEXAS |
| | § | DEBBIE AUTREY |
| | § | Clerk |
| RK HALL CONSTRUCTION, LTD. | § | |
| STACY LYON d/b/a LYON BARRICADE | § | |
| CONSTRUCTION | § | |
| **Defendants.** | § | 62ND JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/2/2015 4:38:45 PM
DEBBIE AUTREY
Clerk

### PLAINTIFF / APPELLANT HALEY BROWN'S
### NOTICE OF APPEAL

TO THE HONORABLE COURT:

COMES NOW, HALEY BROWN, Plaintiff herein, and Appellant on appeal, and hereby gives notice of her intent to appeal the trial court's Order Granting Traditional and No Evidence Motions for Summary Judgment of RK Hall Construction, Ltd. and Stacy Lyon d/b/a Lyon Barricade & Construction, which was signed and entered by this court on August 27, 2015. Tex. R. Civ. P. 25.1(d)(3),(5) (West 2015).

### I
### NOTICE OF APPEAL

1.1. The Order appealed from is the Order Granting Traditional and No Evidence Motions for Summary Judgment of RK Hall Construction, Ltd. ("RK Hall") and Stacy Lyon d/b/a Lyon Barricade & Construction, ("Lyon") signed by the Hon. Will Biard, 62nd Judicial District Court of Lamar County, Texas, on August 27, 2015. (the "Appealed Order"). Tex. R. Civ. P. 25.1(d)(1), (2) (West 2015).

1.2 This appeal is timely filed because the Appealed Order did not become a final, appealable order until September 17, 2015, when the trial court signed its Order Granting Defendants

RK Hall Construction, Ltd., and Stacy Lyon d/b/a Lyon Barricade's Joint Motion for Severance (the "Severance Order"). Additionally, Plaintiff / Appellant Haley Brown filed her Motion to Modify Judgment on September 21, 2015, extending to 90 days her time to appeal the trial court's final order. Tex. R. App. P. 26.1(a)(2) (West 2015).

1.3     This appeal is taken to the Court of Appeals for the Sixth Appellate District of the State of Texas. Tex. R. Civ. P. 25.1(d)(4) (West 2015).

## II.
## PRIOR INTERLOCUTORY APPEAL

2.1     The Appealed Order, in addition to granting relief to Appellees RK Hall and Lyon, also granted Plaintiff / Appellant Brown the right to seek interlocutory appeal; in response to which, Plaintiff / Appellant Brown filed her Petition for Interlocutory Appeal in the Court for the Sixth Appellate District of Texas on September 24, 2015, bearing Appellate Case Number 06-15-00072-CV. The Court of Appeals for the Sixth Appellate District of Texas denied said Petition on October 15, 2015.

2.2     Therefore, Plaintiff / Appellant calls to the attention of the Court of Appeals for the Sixth Appellate District of Texas that she took her interlocutory appeal from trial court case number 82395. But, resultant from the effect of the Severance Order, she takes the immediate appeal from trial court case number 84841, which is the case number assigned by the trial court to all matters involving the parties to this appeal. The original cause number 82395 remains active at the trial court, but it involves only matters relevant to Plaintiff and defendant TxDOT, and nothing therein has any bearing on the instant appeal of the Appealable Order.

Respectfully submitted:

**MAYO MENDOLIA & VICE, LLP**


By:_____

       KEVIN W. VICE
       State Bar No. 00785150
       Kvice@mmvllp.com
       DALE H. HENLEY
       State Bar No. 00785150
       Dhenley@mmvllp.com
       BRIAN L. BENITEZ
       State Bar No. 24082679
       Bbenitez@mmvllp.com

       5368 State Hwy. 276
       Royse City, Texas 75189
       (469) 402-0450
       (469) 402-0461 (Facsimile)


**ATTORNEYS FOR PLAINTIFF/ APPELLANT HALEY BROWN**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, **on this 2nd day of December, 2015:**

Blair Partlow                                                   ***Via E-File Service***
Fox Rothschild, LLP
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240

Ed Carlton                                                      ***Via E-File Service***
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, Texas 75201

_____
KEVIN W. VICE